United States District Court
Southern District of Texas
**ENTERED**
April 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JEWELL THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:22-CV-00170 |
| | § | |
| SVEN STRACK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Mitchel Neurock's Memorandum and Recommendation ("M&R"). (D.E. 13). The M&R recommends that the Court:

(1) Retain Plaintiff's Eighth Amendment deliberate indifference claims against Captain Sven Strack, Lieutenant David Dougherty, and Captain Skinner Sturgis in their individual capacities;

(2) Retain Plaintiff's Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12112(b)(5)(A), and Rehabilitation Act ("RA"), 29 U.S.C. § 794, claims against Captain Strack, Lieutenant Dougherty, Captain Sturgis, Warden Jerry Sanchez, Deputy Warden Placido Samaniego, and Director Bobby Lumpkin in their official capacities.

(3) Dismiss Plaintiff's remaining 42 U.S.C. §§ 1983, 1985, 1986 claims against the remaining Defendants in their individual capacities.

*Id.* at 1–2, 35.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Badaiki v. Schlumberger Holdings Corp.*, 512 F. Supp. 3d 741, 743–44 (S.D. Tex. 2021) (Eskridge, J.).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings

of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 13). Accordingly, the Court **ORDERS** the following:

(1) Plaintiff's Eighth Amendment deliberate indifference claims against Captain Strack, Lieutenant Dougherty, and Captain Sturgis in their individual capacities are **RETAINED**.

(2) Plaintiff's ADA and RA claims against Captain Strack, Lieutenant Dougherty, Captain Sturgis, Warden Sanchez, Deputy Warden Samaniego, and Director Lumpkin in their official capacities are **RETAINED**.

(3) Plaintiff's remaining 42 U.S.C. §§ 1983, 1985, 1986 claims against the remaining Defendants in their individual capacities are **DISMISSED.**

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
April 21, 2023